TROMBLAY, Respondent, v. HARMONY MILLS, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Peter Tromblay against the Harmony Mills. No opinion. Judgment and order unanimously affirmed, with costs.

TROMBLAY v. HARMONY MILLS. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by Peter Tromblay against the Harmony Mills. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs and disbursements.

TYRREL v. SEAMEN'S BANK FOR SAVINGS. (Supreme Court, Appellate Division, First Department. February 15, 1901.) Action by Daniel Tyrrel against the Seamen's Bank for Savings. No opinion. Motion denied, with $10 costs. See 68 N. Y. Supp. 275.

In re VANDERBILT. (Supreme Court, Appellate Division, First Department. February 25, 1901.) In the matter of the transfer tax upon the estate of William H. Vanderbilt, deceased. Anderson & Anderson, for appellant. J. Holmes, Jr., for respondent. No opinion. Order affirmed, with costs and disbursements, upon the opinion in the case of In re Vanderbilt's Estate, 50 App. Div. 246, 63 N. Y. Supp. 1079.

VILLAGE OF TONAWANDA, Appellant, v. PRICE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) Action by the village of Tonawanda against Harriet Price and George Price. No opinion. Judgment affirmed, with costs. All concur, except ADAMS, P. J., who dissents.

WALSH, Respondent, v. CONTENTO et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by Thomas A. Walsh against Domenico Contento and another. No opinion. Orders affirmed, by default, with $10 costs and disbursements.

WANDELL, Appellant, v. WANDELL, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Action by Francis L. Wandell against Charlotte M. Wandell. W. F. Severance, for appellant. I. S. Ross, for respondent. No opinion. Amount of counsel fee reduced to $250, and, as so modified, order affirmed, without costs.

In re WARD et al. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) In the matter of the application of Jessie L. Ward and Anna L. Judson for a writ of certiorari.

PER CURIAM. Application denied, without costs, on opinion of JENKS, J., in Re C. Tilyou (Sup.) 67 N. Y. Supp. 1097. All concur, except GOODRICH, P. J., dissenting, and SEWELL, J., taking no part.

WARD, Appellant, v. KOUNTZE et al., Respondents. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Beverly Ward against Luther Kountze and another. E. L. Mooney, for appellant. G. W. Van Slyck, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

WARNER, Appellant, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DIST. NO. 1, Respondent. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Sarah L. Warner against the board of education of Union Free School District No. 1, etc. No opinion. Judgment unanimously affirmed, with costs.

WATKINS et al., Appellants, v. DEWEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) Action by George Watkins and others against Eugene Dewey. No opinion. Judgment affirmed, with costs.

WATSON et al. v. NOBLETT. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Walter S. Watson and another against Edward A. Noblett. No opinion. Motion granted, with $10 costs.

WEBB v. NORRIS et al. (Supreme Court, Appellate Division, First Department. February 15, 1901.) Action by Edward D. Webb against John G. Norris and others. No opinion. Motion granted, with $10 costs.

WEBER, Respondent, v. TOWN OF PELHAM, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Action by Charles Weber against the town of Pelham. No opinion. Order affirmed, with $10 costs and disbursements, on authority of Hurley v. Brown, 55 App. Div. 8, 67 N. Y. Supp. 279.

WEEKES, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Action by Louisa Weekes against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. J. J. Crawford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WELLBORN, Respondent, v. STOLL, Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by Charles E. Wellborn against Joseph A. Stoll. A. G. N. Vermilya, for appellant. H. B. Wesselman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WELLS, Appellant, v. HERALD CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 15, 1901.) Action by Gardner Wells against the Herald Company. No opinion. Order modified, by striking therefrom the allowance of $10 motion costs, and, as thus modified, affirmed, without costs of this appeal to either party.